IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HANCOCK COUNTY BOARD OF
SUPERVISORS
    Plaintiff

v.                                                  CAUSE NO. 1:10CV564 LG-RHW

KAREN LADNER RUHR, in her
official capacity as HANCOCK                      CONSOLIDATED WITH:
COUNTY CIRCUIT CLERK and                          3:11CV121 LG-RHW
HANCOCK COUNTY REGISTRAR,                    3:11CV122 LG-RHW
HANCOCK COUNTY REPUBLICAN                    3:11CV123 LG-RHW
EXECUTIVE COMMITTEE, and                          3:11CV124 LG-RHW
HANCOCK COUNTY DEMOCRATIC                     4:11CV33 LG-RHW
EXECUTIVE COMMITTEE                                  5:11CV28 LG-RHW
    Defendants                                        5:11CV29 LG-RHW
                                                      5:11CV30 LG-RHW

JIM HOOD, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI,
*EX REL.* THE STATE OF
MISSISSIPPI
    Intervenor

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

    Following the Fifth Circuit Court of Appeals' opinion vacating this Court's order granting motions to dismiss and remanding these cases for consideration of mootness, the parties were required to brief the issue of whether dismissal for mootness was appropriate.  Briefing was completed in December 2012.

    In view of the decision of the United States Supreme Court in *Shelby County, Alabama v. Holder*, No. 12-96, 2013 WL 3184629 (June 25, 2013), the parties are permitted to submit supplemental briefs.  In addition, to the extent they have not already done so, the parties should also address the recent three-judge panel decision in *Mississippi State Conference of N.A.A.C.P. v. Barbour*, No. 3:11cv159-

TSL-EGJ-LG-MTP, 2011 WL 1870222 (S.D. Miss. May 16, 2011) *aff'd*, 132 S. Ct. 542 (2011) *and aff'd sub nom. Miss. State Conference of N.A.A.C.P. v. Bryant*, 133 S. Ct. 2389 (2013).

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties shall file supplemental briefs not to exceed ten (10) pages as outline above, on or before July 26, 2013.

**SO ORDERED AND ADJUDGED** this the 25th day of June, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE