# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

HANCOCK COUNTY BOARD OF
SUPERVISORS
    **Plaintiff**

v.                              **CAUSE NO. 1:10CV564 LG-RHW**

KAREN LADNER RUHR, in her
official capacity as HANCOCK             **CONSOLIDATED WITH:**
COUNTY CIRCUIT CLERK and            **3:11CV121 LG-RHW**
HANCOCK COUNTY REGISTRAR,         **3:11CV122 LG-RHW**
HANCOCK COUNTY REPUBLICAN       **3:11CV123 LG-RHW**
EXECUTIVE COMMITTEE, and          **3:11CV124 LG-RHW**
HANCOCK COUNTY DEMOCRATIC      **4:11CV33 LG-RHW**
EXECUTIVE COMMITTEE               **5:11CV28 LG-RHW**
    **Defendants**                       **5:11CV29 LG-RHW**
                                         **5:11CV30 LG-RHW**

JIM HOOD, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI,
*EX REL*. THE STATE OF
MISSISSIPPI
    **Intervenor**

## ORDER REQUESTING SUPPLEMENTAL BRIEFING

Following the Fifth Circuit Court of Appeals' opinion vacating this Court's

order granting motions to dismiss and remanding these cases for consideration of

mootness, the parties were required to brief the issue of whether dismissal for

mootness was appropriate.  Briefing was completed in December 2012.

In view of the decision of the United States Supreme Court in *Shelby County,*

*Alabama v. Holder*, No. 12-96, 2013 WL 3184629 (June 25, 2013), the parties are

permitted to submit supplemental briefs.  In addition, to the extent they have not

already done so, the parties should also address the recent three-judge panel

decision in *Mississippi State Conference of N.A.A.C.P. v. Barbour*, No. 3:11cv159-

TSL-EGJ-LG-MTP, 2011 WL 1870222 (S.D. Miss. May 16, 2011) *aff'd*, 132 S. Ct. 542 (2011) *and aff'd sub nom. Miss. State Conference of N.A.A.C.P. v. Bryant*, 133 S. Ct. 2389 (2013).

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties shall file supplemental briefs not to exceed ten (10) pages as outline above, on or before July 26, 2013.

**SO ORDERED AND ADJUDGED** this the 25th day of June, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE