IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HANCOCK COUNTY BOARD OF
SUPERVISORS
    Plaintiff

v.                                          CAUSE NO. 1:10CV564 LG-RHW

KAREN LADNER RUHR, in her
official capacity as HANCOCK                   CONSOLIDATED WITH:
COUNTY CIRCUIT CLERK and                    3:11CV121 LG-RHW
HANCOCK COUNTY REGISTRAR,             3:11CV122 LG-RHW
HANCOCK COUNTY REPUBLICAN             3:11CV123 LG-RHW
EXECUTIVE COMMITTEE, and                 3:11CV124 LG-RHW
HANCOCK COUNTY DEMOCRATIC             4:11CV33 LG-RHW
EXECUTIVE COMMITTEE                        5:11CV28 LG-RHW
    Defendants                                 5:11CV29 LG-RHW
                                                5:11CV30 LG-RHW

JIM HOOD, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI,
*EX REL.* THE STATE OF
MISSISSIPPI
    Intervenor

## JUDGMENT

This matter having come on to be heard on Motions to Dismiss, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiffs' claims against the defendants are **DISMISSED AS MOOT**.

-1-

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2013.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE