IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HANCOCK COUNTY BOARD OF
SUPERVISORS
     Plaintiff

v.                                      CAUSE NO. 1:10CV564 LG-RHW

KAREN LADNER RUHR, in her
official capacity as HANCOCK             CONSOLIDATED WITH:
COUNTY CIRCUIT CLERK and          3:11CV121 LG-RHW
HANCOCK COUNTY REGISTRAR,      3:11CV122 LG-RHW
HANCOCK COUNTY REPUBLICAN     3:11CV123 LG-RHW
EXECUTIVE COMMITTEE, and        3:11CV124 LG-RHW
HANCOCK COUNTY DEMOCRATIC     4:11CV33 LG-RHW
EXECUTIVE COMMITTEE             5:11CV28 LG-RHW
     Defendants                    5:11CV29 LG-RHW
                                        5:11CV30 LG-RHW

JIM HOOD, ATTORNEY GENERAL
FOR THE STATE OF MISSISSIPPI,
*EX REL.* THE STATE OF
MISSISSIPPI
     Intervenor

JUDGMENT

      This matter having come on to be heard on Motions to Dismiss, the Court,

after review and consideration, finds that in accord with the Order entered

herewith,

      **IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of

the defendants.  Plaintiffs' claims against the defendants are **DISMISSED AS**

**MOOT**.

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2013.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE